IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLARENCE ELDON CHARLTON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-06-486-M |
| ERIC FRANKLIN, Warden, | ) |
| Respondent. | ) |

**ORDER**

On October 11, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by October 31, 2006. On November 30, 2006, after receiving an extension of time, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on October 11, 2006;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 14th day of December, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE